FRANCES M. BULLOCK, Appellant, *v.* FRANCES M. B. HARTBURG, Respondent.

Submitted February 6, 1956; decided February 9, 1956.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order, appellant serves and files the required undertaking on appeal and pays $10 costs and, within twenty days, files the return on appeal, in which events motion denied (*Vojda* v. *Prizep,* 304 N. Y. 978).